UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

AMOS PORTER, JR.                                                                              PLAINTIFF

VS.                                                    CIVIL ACTION NO.   2:23-CV-50-HSO-BWR

JOHN MICHAEL PEDEN, II,
JOHN DOE ENTITIES 1-5, AND JOHN DOE
PERSONS 1-5                                                                              DEFENDANTS

**COMPLAINT**
**(Trial by Jury Requested)**

Plaintiff Amos Porter, Jr., by and through counsel, files this Complaint against Defendant John Michael Peden, II, Defendant John Doe Entities 1-5, and Defendant John Doe Persons 1-5 for a motor vehicle accident on April 22, 2020.

**I.     Parties**

1. Plaintiff Amos Porter, Jr ("Plaintiff")  is an adult who resides in Biloxi, Mississippi.

2. Defendant John Michael Peden, II ("Peden")  is an adult who resides at 3734 Atwater Hills Court NE, Grand Rapids, Michigan.

3. John Doe Entities 1-5 are any unknown companies that may have been responsible for or who may have contributed to the negligence alleged herein. They may be added as named defendants when their identities become known.

4. John Doe Persons 1-5 are any unknown persons who may have been responsible for or contributed to the negligence alleged herein. They may be added as named defendants when their identities become known.

5. This Court has jurisdiction over the parties and subject matter herein under 28 USC § 1332 as the matter in controversy exceeds the sum of $75,000.00 and is between citizens of different States.

6. Venue is proper in this Court under 28 USC § 1391 as the motor vehicle accident giving rise to the claims herein occurred in this district.

## II. Facts

7. On or about April 22, 2020, Plaintiff, driving his 2011 Yukon, was stopped because Walter's Construction Flagman had stopped traffic on Highway 588. Driving a 2015 Chrysler 200, Defendant Peden struck Plaintiff from behind, causing Plaintiff to suffer property damage and bodily damage. Defendant told law enforcement that he did not see Plaintiff.

## III. Count One - Negligence

8. All allegations in the preceding paragraphs are incorporated hereto as if fully set forth herein.

9. Defendant Peden owed Plaintiff the following duties:

   a. The duty to have kept such lookout as an ordinary and prudent person would have kept for his or her safety and the safety of other persons under the conditions existing immediately before and at the time and place of said collision;

   b. The duty to maintain proper control of his motor vehicle at all times and thus avoid injuring others or damaging their property; and,

   c. The duty to have made a reasonable effort to have operated his motor vehicle in a manner that would not have caused him to strike Plaintiff's vehicle with his vehicle.

10. Defendant Peden breached the duties he owed Plaintiff as set forth in the preceding paragraphs, and such failure, violation, and breach constituted negligence on the part of Defendant Peden while operating his vehicle.

11. As a direct and proximate result of the above acts of negligence and breaches of legal duties owed to him by Defendant Peden, Plaintiff suffered compensatory damages, including, but not limited to, the following:

   a. Damage to Plaintiff's property;

   b. Psychological, emotional, and mental suffering;

   c. Hospital bills, doctor bills, prescription medication bills, and other medical and medical-related expenses;

   d. Physical injuries; and,

   e. Loss of enjoyment of life.

12. WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that a judgment of, from, and against Defendant for compensatory damages, punitive damages, and attorneys' fees in an amount within the jurisdictional limits of this Court. Plaintiff also requests costs and expenses associated with the prosecution of this matter, prejudgment and post-judgment interest as permitted by law, and for any further relief that this Court may deem just and proper.

RESPECTFULLY SUBMITTED on March 28, 2023.

By:   *Brent Hazzard*
      Brent Hazzard, MSB #99721
      Emily Bradley, MSB #104523
      Schwartz & Associates, P.A.
      162 E. Amite Street (39201)
      Post Office Box 3949
      Jackson, Mississippi 39207-3949

T: (601) 988-8888  
F: (601) 948-3822  
bhazzard@1call.org  
ebradley@1call.org

4