# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

| | | |
|---|---|---|
| **AMOS PORTER, JR.** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 2:23-cv-50-HSO-BWR |
| | § | |
| **JOHN MICHAEL PEDEN, II** | § | **DEFENDANT** |

## FINAL JUDGMENT

In accordance with the Agreed Order of Dismissal Without Prejudice entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

**SO ORDERED AND ADJUDGED**, this the 12th day of July, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE